**DENIED**
BY ORDER OF THE COURT
AS MOOT

*/s/ Dolly M. Gee*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE
DATED: December 12, 2019

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CHARLES ADAM JONES,<br><br>   Plaintiff,<br><br>v.<br><br>AMICIZIA EVENTS, INC. a California Corporation; JENNIFER MCLAUGHLIN, an individual; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: CV 19-8181-DMG (ASx)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND TIME TO ANSWER COUNTERCLAIM BY FIFTEEN (15) DAYS [19] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

This Court, having reviewed the Stipulation between Plaintiff, CHARLES ADAM JONES, (hereinafter referred to as "Plaintiff") and Counterclaimants AMICIZIA EVENTS, INC. a California Corporation; JENNIFER MCLAUGHLIN, an individual ("Counterclaimants") to extend the time to answer the Counterclaim of Counterclaimants filed by Counterclaimants on November 22, 2019 (Ecf Dkt No. 15)("Counterclaim")("Stipulation").

The Court finds good cause to grant the Stipulation. Plaintiff shall file an answer to the Counterclaim by no later than December 27, 2019.

DATED:

**DENIED**
 BY ORDER OF THE COURT
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE